UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUSSEL SWISHER,

      Plaintiff,

v.                                                Case No.  8:07-cv-1085-T-24EAJ

COLLECTCORP CORPORATION,
and JOHN DOE,

      Defendants.
_____/

## **ORDER**

      This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 9).  Plaintiff states that he voluntarily discontinues the above entitled action and dismisses the complaint with prejudice.  However, under Federal Rule of Civil Procedure 41(a)(1), an action may be dismissed by the plaintiff without an order of court only in the following instances: (i) by filing a notice of dismissal before the defendant files an answer or motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.  The Court notes that neither instance is present in the instant case, and as such, the Court is unable to dismiss this case with prejudice at this time.  Plaintiff must file the appropriate stipulation of dismissal before the Court can dismiss the case.

      **DONE AND ORDERED** at Tampa, Florida, this 23rd day of October, 2007.

                                                                     SUSAN C. BUCKLEW
                                                                     United States District Judge

Copies to:
Counsel of Record